UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-20055-BB

HELEN SWARTZ,

 Plaintiff,

vs.

RIVIERA LOFTS HOTEL LLC.

 Defendant.

_____/

### NOTICE OF SETTLEMENT

 Defendant, RIVIERA LOFTS HOTEL LLC., by and through undersigned counsel, hereby

notifies the Court that the parties (Plaintiff and Defendant) have reached a settlement in principal.

The parties are in the process of completing a formal settlement agreement and anticipate filing

the appropriate dismissal paperwork with the Court shortly.

Dated: May 4, 2021.

      Respectfully submitted,

      *By: /s Joshua M. Entin____*
      JOSHUA M. ENTIN, ESQ.
      Fla. Bar No:  0493724
      ENTIN LAW GROUP, P.A.
      633 S. Andrews Avenue, Suite 500
      Ft. Lauderdale, Florida 33301
      Tel:   (954) 761-7201
      E-mail: josh@entinlaw.com
      ***Attorney for Defendant***

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 4th day of May, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> *By: /s Joshua M. Entin_____*
> JOSHUA M. ENTIN, ESQ.
> Fla. Bar No:  0493724
> ENTIN LAW GROUP, P.A.
> 633 S. Andrews Avenue, Suite 500
> Ft. Lauderdale, Florida 33301
> Tel:   (954) 761-7201
> E-mail: josh@entinlaw.com
> ***Attorney for Defendant***

## **ATTACHED SERVICE LIST**

### **SWARTZ vs. RIVIERA LOFTS HOTEL LLC**
### **CASE NO.: 21-cv-20055-BB**

**Lawrence A. Fuller, Esquire**
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
Miami, Florida 33181
Tel:     (305) 891-5199
Fax:     (305) 893-9505
**Email: lfuller@fullerfuller.com**
*Attorney for Plaintiff*